O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-7517 AHM (AGRx) | Date | December 7, 2010 |
|---|---|---|---|
| Title | WILLIAM O'NEIL & CO., INC. v. FACTSET RESEARCH SYS., INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys NOT Present for Plaintiffs:     Attorneys NOT Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

    Given the attached letter filed in the Southern District of New York in a case related to the matter before this Court, the Parties are ORDERED TO SHOW CAUSE, separately and by no later than Thursday, December 9, 2010, as to why Defendant's Motion[1] to Transfer, Dismiss or Stay should not be stayed pending the resolution of settlement talks between the Parties.

 

:     
Initials of Preparer    SMO

---

[1] Dkt. No. 23.

NOV-21-2010 08:37       KENYON & KENYON                                    P.02
Case 2:10-cv-05170-WHW-MCA Document 36 Filed 12/07/11 Page 2 of 2 PageID: 595
Case 1:10-cv-07697-JGK Document 20 Filed 11/23/10 Page 1 of 1



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/10

James E. Rosini
Direct 212.908.6169
jrosini@kenyon.com

One Broadway
New York, NY 10004-1050
212.425.7200
Fax 212.425.5288

November 23, 2010

<u>VIA FACSIMILE TO: (212) 805-7912</u>

Honorable John G. Koeltl
United States District Judge
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007



Re:   <u>FactSet Research System Inc. v. Data Analysis Inc., et al.</u>, 10 Civ. 7697 (JGK)

Dear Judge Koeltl:

We represent the plaintiff in the above action. This letter has been approved by counsel for defendants Data Analysis Inc. and William O'Neil & Co., Incorporated ("Defendants").

Last week, the business representatives of both parties conducted a conference call concerning a global settlement of the substantive dispute between the parties, which would, therefore, moot Defendants' Motion to Dismiss or Transfer (D.I. 5). The Motion is fully briefed.

As the parties are engaged in settlement talks, which, if successful, will result in a complete settlement of this action, the parties respectfully request that the Court suspend this case until December 13, 2010 to allow the parties sufficient time to finalize a settlement agreement. There have been no prior requests for continuances or extensions of time in this matter.

The parties are currently in the process of drafting settlement papers and anticipate that a final agreement may be reached by mid-December, 2010.

The parties, of course, will inform the Court if the settlement talks are not successful.

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
11/23/10

Respectfully yours,

/s/ James E. Rosini
James E. Rosini

cc:   Counsel for Data Analysis Inc. and William O'Neil & Co., Incorporated (via e-mail)

New York    Washington, DC    Silicon Valley    www.kenyon.com

TOTAL P.02