O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-7517 AHM (AGRx) | Date | December 10, 2010 |
|---|---|---|---|
| Title | WILLIAM O'NEIL & CO., INC. v. FACTSET RESEARCH SYS., INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys NOT Present for Plaintiffs:   Attorneys NOT Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

Given the Parties' responses to the Court's December 7, 2010 Order to Show Cause,[1] the Court hereby stays the Defendant's Motion[2] to Transfer, Dismiss or Stay pending the resolution of settlement talks between the Parties. The Parties are instructed to keep the Court informed of the status of the settlement proceedings.

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Dkt. No. 36.

[2] Dkt. No. 23.