1  SCOTT A. EDELMAN, SBN 116927, SEdelman@gibsondunn.com
2  JESSICA LYN LUND, SBN 262322, JLund@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
3  2029 Century Park East, Suite 4000
4  Los Angeles, California 90067
   Telephone: 310.552.8500
5  Facsimile: 310.551.8741
6  [additional counsel on last page]

7  Attorneys for Plaintiff,
   WILLIAM O'NEIL & CO. INCORPORATED
8

9                  UNITED STATES DISTRICT COURT

10        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11
   | WILLIAM O'NEIL & CO. INCORPORATED a/k/a WILLIAM O'NEIL + CO., a Delaware corporation, | CASE NO. CV 10-7517 AHM (AGRx) |
   |---|---|
   | Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
   | v. | Judge: Hon. A. Howard Matz |
   | FACTSET RESEARCH SYSTEMS INC., a Delaware corporation, | Current Hearing Date: N/A<br>Time: N/A<br>Place: Courtroom 14 |
   | Defendant. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   **WHEREAS:**

   1.   William O'Neil & Co. Incorporated ("O'Neil") initiated the above-captioned lawsuit on October 7, 2010.

   2.   In response, on October 26, 2010, FactSet Research Systems Inc. ("FactSet") filed a Motion to Transfer, Dismiss, or Stay.

   3.   On or about December 10, 2010, the Parties entered into a Final Settlement Agreement and Release (the "Settlement Agreement") in order to fully and finally resolve and settle all actual, threatened, and potential claims and disputes between them, without any admission of liability, and for the purpose of avoiding further litigation.

   4.   Without admitting any factual or legal allegation, claim alleged, or defense asserted, all Parties have consented to the entry of this Dismissal Order pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

   5.   All Parties have stipulated that this Court shall retain jurisdiction for purposes of enforcement of the terms of the Parties' Settlement Agreement and, more specifically, to entertain a motion pursuant to Rule 56(d)(1) of the Federal Rules of Civil Procedure to establish the fact as to whether or not there has been a material breach of the Settlement Agreement (a "Breach Motion") and enter such further orders as may be appropriate under the Settlement Agreement.

   IT IS HEREBY ORDERED **that**

   (a)   All claims asserted by Plaintiff against Defendant are dismissed with prejudice;

   (b)   Each of the Parties shall bear its own costs, expenses, and attorneys' fees associated with the prosecution and defense of this action;

1    (c)    This Court shall retain jurisdiction over this matter for purposes of
2 enforcement of the terms of the Parties' Settlement Agreement, including but not
3 limited to deciding a Breach Motion and/or entertaining such further stipulations or
4 orders as may be called for under the Settlement Agreement;
5    (d)    All unresolved pending motions in this action between these settling
6 Parties shall be denied as moot; and
7    (e)    The Clerk of the Court is directed to close the above-captioned action.
8    **IT IS SO ORDERED.**

10 DATED:  December 13, 2010

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE
14 **JS-6**